UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| APRIL RICHESIN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:13-CV-24-RLM-PRC |
| | ) | |
| COMENITY CAPITAL BANK F/K/A | ) | |
| WORLD FINANCIAL CAPITAL BANK, | ) | |
| JOHN DOE CORP., AND ALLIANCE | ) | |
| DATA SYSTEMS CORP., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

O R D E R

Pursuant to the plaintiff's notice of dismissal (Doc. No. 4), the court ORDERS this cause DISMISSED with prejudice.

SO ORDERED.

ENTERED:  July 23, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court